RECEIVED
IN LAKE CHARLES, LA.

OCT -2 2013

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICAH DECLOUETTE, D.O.C. # 335929 | * | CIVIL ACTION NO. 11-CV-1211 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| STATE OF LOUISIANA, ET AL. | * | |
| Defendant | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint under 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. 1915A(b)(1).

Lake Charles, Louisiana, this __2__ day of __Oct_____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE